FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 APR 12 AM 9: 53

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR 316-1 |
| v. | ) | |
| | ) | |
| JEFFREY TYLER HAMILTON, ET AL | ) | |

## ORDER

Application for leave of absence has been requested by Joseph D. Newman for May 2-3, 2016.

The above and foregoing request for leave of absence is approved; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

SO ORDERED this 12th day of April, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA