IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 MAY 19 AM 11: 27

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| IN RE: | ) | Case No. 3:16-CR-00001 |
| LEAVE OF ABSENCE REQUEST | ) | |
| FOR CHARLES C. BUTLER | ) | US v. DARRELL HALL |
| JUNE 10, 2016 | ) | |
| JUNE 22-24, 2016 | ) | |
| OCTOBER 21, 2016 | ) | |

## ORDER GRANTING LEAVE OF ABSENCE

This within Motion for Leave of Absence having been considered, and good cause shown, it is hereby, CONSIDERED, ORDERED AND ADJUDGED, that said leave of absence be and is hereby granted to Charles C. Butler from **JUNE 10, 2016 PERSONAL VACATION, JUNE 22-24, 2016 PURPOSE OF MANDATORY TRAINING, OCTOBER 21, 2016 PERSONAL VACATION.** This leave of absence applies to all trials, hearings, depositions and other legal proceedings that might be scheduled or noticed in the above referenced case.

SO ORDERED, this 19th day of May, 2016.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Prepared by:
Charles C. Butler
Attorney for DARRELL HALL
P.O. Box 4430
Dublin, GA 31040
478-272-7343