U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION
FILED IN OFFICE
1:14 p.m.
July 11, 2016
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Case Number: 3:16-cr-00001-DHB-BKE |
| | : |
| JEFFREY TYLER HAMILTON, | : |
| aka "FLAME", | : |
| TREVANTE COCKRELL, | : |
| aka "TRE", | : |
| DION LEE MACKEY, | : |
| ANTHONY SOUTHERLAND, | : |
| aka "WILLIE BUG", | : |
| REGINALD ELIJAH HARRELL, | : |
| DARRELL CORRELL HALL. | : |

## ORDER

Application for Leave of Absence by DANIEL M. KING, JR., pursuant to Local Rule 83.9 of the Local Rules for the United States District Court, Southern District of Georgia, for the following time periods: July 22, 2016 - August 1, 2016, having been read and considered,

IT IS HEREBY ORDERED that such leave is granted.

This 11th day of July, 2016, at Augusta, Georgia.

_____
DUDLEY H. BOWEN
JUDGE, UNITED STATES DISTRICT COURT