FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 SEP 14 P 1: 57

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case Number: 3:16-cr-00001-DHB-BKE |
| | : | |
| JEFFREY TYLER HAMILTON, | : | |
| aka "FLAME", | : | |
| TREVANTE COCKRELL, | : | |
| aka "TRE", | : | |
| DION LEE MACKEY, | : | |
| ANTHONY SOUTHERLAND, | : | |
| aka "WILLIE BUG", | : | |
| REGINALD ELIJAH HARRELL, | : | |
| DARRELL CORRELL HALL. | : | |

## ORDER

The Notice for Leave of Absence of DANIEL M. KING, JR., pursuant to Local Rule 83.9 of the Local Rules for the United States District Court, Southern District of Georgia, having been read and considered,

IT IS HEREBY ORDERED that such leave is granted.

Signed this ___ day of September, 2016, at Augusta, Georgia.

_____
DUDLEY H. BOWEN
JUDGE, UNITED STATES DISTRICT COURT