UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 SEP 19 PM 3:52

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| IN RE: | ) CASE NO.: | |
| | ) | |
| LEAVE OF ABSENCE REQUEST | ) | CR316-001, US v. V. J. Hamilton, et al. |
| FOR C. TROY CLARK | ) | |
| October 10 – October 14, 2016 | ) | |
| | ) | |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney C. Troy Clark for the following dates:

October 10 through October 14, 2016, for family vacation outside of the district, the same is hereby GRANTED.

This _19th_ day of _Sept._, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA